IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00707 EJD |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| | ) | |
| vs. | ) | |
| | ) | |
| ARTURO CERVANTES, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently set for Monday, June 25, 2012, at 1:30 p.m., shall be continued to Monday, August 6, 2012, at 1:30 p.m.

Dated: _____June 8_____, 2012

_____
HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order to Continue Sentencing Hearing
CR11-00707 EJD                    1